**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000013
06-JUN-2013
10:09 AM**

NO. CAAP-13-0000013

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
DANIEL KAULIA, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CASE NO. 2DTC-12-015341)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On January 7, 2013, Defendant-Appellant Daniel K. Kaulia (Appellant), pro se, filed a notice of appeal;

(2) The record on appeal was filed on March 8, 2013, and the appellate clerk informed Appellant that the statement of jurisdiction was due by March 18, 2013, and the opening brief was due by April 17, 2013;

(3) Appellant did not file either document;

(4) On May 16, 2013, the appellate clerk informed Appellant that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the court's attention on May 27, 2013,[1] for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellant did not file a statement of jurisdiction or opening brief, or respond to the default notice. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i,  June 6, 2013.

Chief Judge

Associate Judge

Associate Judge

_____

[1] Where May 27, 2013, was a legal holiday, the matter was called to the court's attention the next day that was not a Saturday, Sunday, or legal holiday.  See HRAP Rule 26(a).